MICHAEL H. CHURCH
MELODY D. FARANCE
EDWARD H. TURNER
Stamper Rubens, P.S.
720 West Boone, Suite 200
Spokane, WA 99201
Telephone: (509) 326-4800
Facsimile: (509) 326-4891
Attorneys for Plaintiff/Judgment Creditor

_____ FILED _____ LODGED
_____ RECEIVED

FEB 2 2 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ADVOCARE INTERNATIONAL, L.P., a
Texas limited partnership,

        Plaintiff/Judgment Creditor,

vs.

RICHARD PAUL SCHECKENBACH, et
al.,

        Defendants/Judgment Debtors.

NO. 10MC - 5001 RBL

[PROPOSED]
ORDER FOR SUPPLEMENTAL
PROCEEDINGS

Good cause appearing, now, therefore, it is hereby

ORDERED, that RICHARD PAUL SCHECKENBACH appear at Schwabe Williamson & Wyatt, 1420 5th Ave., Ste. 3010, Seattle, WA 98101, to be sworn in by the Court Reporter on the 1st day of March 2010, at 10:00 a.m., to attend the deposition, before a member of the firm of Naegeli Reporting, Court Reporters and Notaries Public, and if not completed that day, the taking of the same will be continued thereafter from day to day and from time to time until fully taken, regarding any property they may have or knowledge thereof as set forth herein and attached as Exhibit A, and to bring a complete set of documents/records which support each area of inquiry set forth therein. It is further:



10-MC-05001-ORD

ORDER FOR SUPPLEMENTAL PROCEEDINGS: 1

ORDERED, that CAROL GILLETTE appear at Schwabe Williamson & Wyatt, 1420 5th Ave., Ste. 3010, Seattle, WA 98101, to be sworn in by the Court Reporter on the 2nd day of March 2010, at 10:00 a.m., to attend the deposition, before a member of the firm of Naegeli Reporting, Court Reporters and Notaries Public, and if not completed that day, the taking of the same will be continued thereafter from day to day and from time to time until fully taken, regarding any property they may have or knowledge thereof, as set forth herein and attached as Exhibit A, and to bring a complete set of documents/records which support each area of inquiry set forth therein.  It is further:

ORDERED, RICHARD PAUL SCHECKENBACH and CAROL GILLETTE shall be deposed separately and each shall be excluded from the deposition of the other. It is further

**ORDERED, RICHARD PAUL SCHECKENBACH and CAROL GILLETTE are required to produce to the office of counsel for Plaintiff/Judgment Creditor on or before February 22, 2010, the following records:**

1.      All tax returns for the past ten (10) years for RICHARD PAUL SCHECKENBACH and CAROL GILLETTE, including all schedules and amendments.

2.      All financial statements prepared during the past ten (10) years for RICHARD PAUL SCHECKENBACH and CAROL GILLETTE.

3.      All records and information for the past ten (10) years concerning and/or relating to all bank accounts, line(s) of credit, safe deposit boxes, loans and gifts (including bank statements) which RICHARD PAUL SCHECKENBACH and CAROL GILLETTE own, have access to, and/or maintain an ownership interest in, **including without limitation all accounts with First Tech Credit Union.**

4.      All vehicle and boat registrations and/or certificates of title concerning vehicles and boats which RICHARD PAUL SCHECKENBACH and CAROL GILLETTE own, have, or claim an interest.

ORDER FOR SUPPLEMENTAL PROCEEDINGS: 2

5.     All documents concerning any real property owned by RICHARD PAUL SCHECKENBACH and CAROL GILLETTE or debt which RICHARD PAUL SCHECKENBACH and CAROL GILLETTE maintain any interest.

6.     All documents, records, agreements, correspondence, etc. in any way related to any business(es) owned or operated by RICHARD PAUL SCHECKENBACH and CAROL GILLETTE in which RICHARD PAUL SCHECKENBACH and CAROL GILLETTE maintain any interest including without limitation, HerbAsia Corporation, Ascential Bioscience, LLC, Ravensky, LLC East-West Botanicals, LLC, Ilcervello Properties, LLC, and R-Squared Nutrition, Inc.

7.     All business records and corporate documents concerning Richard Paul Scheckenbach; Carol Gillette; HerbAsia Corporation, Ascential Bioscience, LLC, Ravensky, LLC East-West Botanicals, LLC, Ilcervello Properties, LLC, and R-Squared Nutrition, Inc., including, but not limited to, the following:

        a.     Articles of Incorporation/Certificates of Formation;

        b.     Bylaws;

        c.     Operating Agreements;

        d.     Meeting Minutes for the past 10 years; and

        e.     All other documents and corporate records for past 10 years.

8.     All records and documents in any way related to any gift and/or loan to Tai Brown and/or Kelly Bottolfson-Brown directly or indirectly from Richard Paul Scheckenbach; Carol Gillette; HerbAsia Corporation, Ascential Bioscience, LLC, Ravensky, LLC East-West Botanicals, LLC, Ilcervello Properties, LLC, and R-Squared Nutrition, Inc.

ORDER FOR SUPPLEMENTAL PROCEEDINGS: 3

1   **WARNING:** YOUR FAILURE TO APPEAR AS SET FORTH ABOVE
2   CONSTITUTES CONTEMPT OF COURT AND WILL CAUSE THE COURT TO
3   ISSUE A BENCH WARRANT FOR YOUR ARREST AND CONFINEMENT IN
4   JAIL UNTIL SUCH TIME AS THE MATTER MAY BE HEARD OR UNTIL
5   BAIL IS POSTED. IN THE EVENT RICHARD PAUL SCHECKENBACH AND
6   CAROL GILLETTE FAIL TO PROVIDE THE DOCUMENTS SET FORTH
7   ABOVE, RICHARD PAUL SCHECKENBACH and CAROL GILLETTE SHALL
8   BE RESPONSIBLE FOR THE ATTORNEY'S FEES AND COSTS INCURRED
9   BY PLAINTIFF/JUDGMENT CREDITOR IN PREPARING FOR AND
10  ATTENDING THE HEARING.

11
12  DONE IN OPEN COURT this _22nd_ day of _February_ 2010.

13
14
15
16  HONORABLE _RONALD B. LEIGHTON_

17
18  Presented By:
19
20  STAMPER RUBENS, P.S.
21
22  By: _Melody D. Farance_
23  MICHAEL H. CHURCH, WSBA #24957
24  MELODY D. FARANCE, WSBA #34044
25  EDWARD H. TURNER, WSBA #33573
26  Attorneys for Plaintiff/Judgment Creditor
27  mchurch@stamperlaw.com
28  mfarance@stamperlaw.com
    eturner@stamperlaw.com
29
30
31

ORDER FOR SUPPLEMENTAL PROCEEDINGS: 4

## SUPPLEMENTAL PROCEEDING QUESTIONNAIRE

Debtor: Richard Paul Scheckenbach _____

    aka:_____

DOB:_____     SS#:_____

DL#:_____

Debtor:

    aka:_____

DOB:_____     SS#:_____

DL#:_____

Have you entered into separate or community property agreements with your spouse?

    Date:_____

    County, if filed:_____

Have you or your spouse declared bankruptcy within the last 7 years:

    Court:_____

    Chapter:_____

    Date Filed:_____

    Resolution:_____

## REAL PROPERTY

Residence address:_____

_____

    Buying?    _____

        Mortgage:_____

        Deed of Trust:_____

        Land Sale Contract:_____

        Other encumbrances:_____

Liens:_____

Judgments:_____

Tax appraisal:_____

Other appraisals:_____

Amount owed:_____

Purchase price:_____

Rent from other residents in the house:_____

Other real property (including vacant lots):_____

_____

_____

Buying?        _____

Mortgage:_____

Deed of Trust:_____

Land Sale Contract:_____

Other encumbrances:_____

Liens:_____

Judgments:_____

Tax appraisal:_____

Other appraisals:_____

Amount owed:_____

Purchase price:_____

Rents received and from whom:_____

Declaration of Homestead

County:_____

Date:_____

Abandoned:_____

Are you selling property to anyone now?_____

# EMPLOYMENT

Self-employed:

Name and address of business:_____

Tax ID#:_____

How paid:_____

When paid:_____

Amount:_____

Names and addresses of customers:_____

_____

_____

Employed:

Name and address of employer:_____

Salary or hourly amounts:_____

When paid:_____

Spouse

Self-employed:

Name and address of business:_____

Tax ID#:_____

How paid:_____

When paid:_____

Amount:_____

Names and addresses of customers:_____

_____

Employed:

 Name and address of employer:_____

 Salary or hourly amounts:_____

 When paid:_____

BANK ACCOUNTS

### Personal

| | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |
| CD: | _____ | _____ | $_____ |

| | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |

### Corporate, Partnership, Joint Venture, or Massachusetts Trust

| | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |

|  | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |

BENEFICIARY OF TRUST

Type of trust:                    Spendthrift? _____

Name and address of trustee:_____

Payments per month:_____

Trust terminates:_____

VEHICLES

Automobiles, trucks, motorcycles, RVs, boats, airplanes

Make and model:_____        Make and model:_____

Year:_____        Year:_____

Condition:_____        Condition:_____

License plate:_____        License plate:_____

VIN:_____        VIN:_____

Amount owed:_____        Amount owed:_____

   To whom:_____           To whom:_____

Make and model:_____        Make and model:_____

Year:_____        Year:_____

Condition:_____        Condition:_____

License plate:_____        License plate:_____

VIN:_____        VIN:_____

Amount owed:_____        Amount owed:_____

SUPPLEMENTAL PROCEEDINGS QUESTIONNAIRE
Richard Paul Scheckenbach                                    Page 5 of 9

To whom:_____          To whom:_____

Heavy machinery

    Make and model:_____          Make and model:_____

    Year:_____          Year:_____

    Condition:_____          Condition:_____

    License plate:_____          License plate:_____

    VIN:_____          VIN:_____

    Amount owed:_____          Amount owed:_____

        To whom:_____          To whom:_____

INTEREST IN BUSINESS

    Sole proprietorship:_____

    Partnership:_____

        General:_____

            Name and address of other partner(s):_____

        Limited:_____

            Name and address of general partner(s):_____

    Corporation:

        Closely held:_____          SubS:_____

        Value of Stock:_____          Percentage owned:_____

    Joint Venture:_____

    Massachusetts Trust:_____

Equipment:_____

_____

_____

Tools:_____

_____

_____

Inventory:_____

_____

_____

Jewelry:_____

Computer:_____

Collections

      Coins:_____

      Stamps:_____

      Antiques:_____

      Baseball cards:_____

      Football cards:_____

      Rare books:_____

      Artwork (other than prints):_____

      Dolls:_____

      Guns:_____

Livestock or other animals:_____

Accounts Receivable:

      IOUs:_____

      Promissory Notes:_____

      Lawsuits and/or judgments:_____

      Other claims:_____

Life Insurance:

    Term:_____

    Whole:_____

    Cash surrender value:_____

Do you have a safe deposit box?

    Contents:_____

    Location and number:_____

Retirement and pension plans:_____

What other income of any nature are you receiving?_____

To whom do you owe money?

| | |
|---|---|
| Judgment or claim:_____ | Judgment or claim:_____ |
| Creditor:_____ | Creditor:_____ |
| Amount:_____ | Amount:_____ |
| Secured:_____ | Secured:_____ |
| Judgment or claim:_____ | Judgment of claim:_____ |
| Creditor:_____ | Creditor:_____ |
| Amount:_____ | Amount:_____ |
| Secured:_____ | Secured:_____ |

Do you have any real or personal property held in another person's name?_____

Miscellaneous:

_____

_____

_____

_____

SIGNATURE:

Dated:_____ _____

RICHARD PAUL SCHECKENBACH

STATE OF WASHINGTON      )
                                                ) ss.
County of _____)

I hereby certify that I know or have satisfactory evidence that Richard Paul Scheckenbach is the person who signed the foregoing instrument, and acknowledged it to be a free and voluntary act for the uses and purposes mentioned therein.

SUBSCRIBED AND SWORN TO before me on this _____ day of _____ 2010.

_____

_____

NOTARY PUBLIC in and for the State of Washington, residing at: _____
My commission expires: _____

## SUPPLEMENTAL PROCEEDING QUESTIONNAIRE

Debtor:     Carol Gillette _____

    aka: _____

DOB: _____     SS#: _____

DL#: _____

Debtor:

    aka: _____

DOB: _____     SS#: _____

DL#: _____

Have you entered into separate or community property agreements with your spouse?

    Date: _____

    County, if filed: _____

Have you or your spouse declared bankruptcy within the last 7 years:

    Court: _____

    Chapter: _____

    Date Filed: _____

    Resolution: _____

## REAL PROPERTY

Residence address: _____

_____

    Buying? _____

        Mortgage: _____

        Deed of Trust: _____

        Land Sale Contract: _____

        Other encumbrances: _____

Liens:_____

Judgments:_____

Tax appraisal:_____

Other appraisals:_____

Amount owed:_____

Purchase price:_____

Rent from other residents in the house:_____

Other real property (including vacant lots):_____

_____

_____

Buying?        _____

Mortgage:_____

Deed of Trust:_____

Land Sale Contract:_____

Other encumbrances:_____

Liens:_____

Judgments:_____

Tax appraisal:_____

Other appraisals:_____

Amount owed:_____

Purchase price:_____

Rents received and from whom:_____

Declaration of Homestead

County:_____

Date:_____

Abandoned:_____

Are you selling property to anyone now?_____

EMPLOYMENT

Self-employed:

Name and address of business:_____

Tax ID#:_____

How paid:_____

When paid:_____

Amount:_____

Names and addresses of customers:_____

_____

_____

Employed:

Name and address of employer:_____

Salary or hourly amounts:_____

When paid:_____

Spouse

Self-employed:

Name and address of business:_____

Tax ID#:_____

How paid:_____

When paid:_____

Amount:_____

Names and addresses of customers:_____

_____

Employed:

    Name and address of employer:_____

    Salary or hourly amounts:_____

    When paid:_____

## BANK ACCOUNTS

### Personal

| | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |
| CD: | _____ | _____ | $_____ |

| | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |

### Corporate, Partnership, Joint Venture, or Massachusetts Trust

| | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |

SUPPLEMENTAL PROCEEDINGS QUESTIONNAIRE
Carol Gillette

|  | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |

BENEFICIARY OF TRUST

Type of trust: _____ Spendthrift? _____

Name and address of trustee:_____

Payments per month:_____

Trust terminates:_____

VEHICLES

Automobiles, trucks, motorcycles, RVs, boats, airplanes

Make and model:_____    Make and model:_____

Year:_____    Year:_____

Condition:_____    Condition:_____

License plate:_____    License plate:_____

VIN:_____    VIN:_____

Amount owed:_____    Amount owed:_____

      To whom:_____          To whom:_____

Make and model:_____    Make and model:_____

Year:_____    Year:_____

Condition:_____    Condition:_____

License plate:_____    License plate:_____

VIN:_____    VIN:_____

Amount owed:_____    Amount owed:_____

To whom:_____          To whom:_____

Heavy machinery

    Make and model:_____          Make and model:_____

    Year:_____          Year:_____

    Condition:_____          Condition:_____

    License plate:_____          License plate:_____

    VIN:_____          VIN:_____

    Amount owed:_____          Amount owed:_____

        To whom:_____          To whom:_____

INTEREST IN BUSINESS

    Sole proprietorship:_____

    Partnership:_____

        General:_____

            Name and address of other partner(s):_____

        Limited:_____

            Name and address of general partner(s):_____

    Corporation:

        Closely held:_____          SubS:_____

        Value of Stock:_____          Percentage owned:_____

    Joint Venture:_____

    Massachusetts Trust:_____

Equipment:_____

_____

_____

Tools:_____

_____

_____

Inventory:_____

_____

_____

Jewelry:_____

Computer:_____

Collections

    Coins:_____

    Stamps:_____

    Antiques:_____

    Baseball cards:_____

    Football cards:_____

    Rare books:_____

    Artwork (other than prints):_____

    Dolls:_____

    Guns:_____

Livestock or other animals:_____

Accounts Receivable:

    IOUs:_____

    Promissory Notes:_____

    Lawsuits and/or judgments:_____

    Other claims:_____

Life Insurance:

     Term:_____

     Whole:_____

     Cash surrender value:_____

Do you have a safe deposit box?

     Contents:_____

     Location and number:_____

Retirement and pension plans:_____

What other income of any nature are you receiving?_____

To whom do you owe money?

     Judgment or claim:_____     Judgment or claim:_____

     Creditor:_____     Creditor:_____

     Amount:_____     Amount:_____

     Secured:_____     Secured:_____

     Judgment or claim:_____     Judgment of claim:_____

     Creditor:_____     Creditor:_____

     Amount:_____     Amount:_____

     Secured:_____     Secured:_____

Do you have any real or personal property held in another person's name?_____

Miscellaneous:

_____

_____

_____

_____

SIGNATURE:

Dated:_____                    _____
                                           CAROL GILLETTE


STATE OF WASHINGTON          )
                             ) ss.
County of _____)

     I hereby certify that I know or have satisfactory evidence that Carol Gillette is the person who signed the foregoing instrument, and acknowledged it to be a free and voluntary act for the uses and purposes mentioned therein.

SUBSCRIBED AND SWORN TO before me on this _____ day of _____ 2010.


                                           _____

                                           _____
                                           NOTARY PUBLIC in and for the State of
                                           Washington, residing at: _____
                                           My commission expires: _____